**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MICAH WATKINS, on behalf of herself, and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br>TAX RISE, INC.<br>　　　　　　　　Defendant. | Case No. 8:20-cv-00029 JVS (KESx)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULE** |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that Plaintiff Micah Watkins ("Plaintiff") and Defendant Tax Rise, Inc. ("Defendant") have agreed to settle the above-entitled matter on an individual basis. The Parties anticipate that they will finalize the settlement agreement and file a request for dismissal as to Plaintiff's individual claims with prejudice and without prejudice as to the putative class, pursuant to Federal Rule of Civil Procedure 41(a)(1), no later than 30 days from the date of this Notice. In light of the Settlement, the Parties jointly request the Court vacate the current schedule (Dkt Nos. 22 & 28) and permit the Parties 30 days to file a request for dismissal.

DATED: July 2, 2021          /s/ *Ronald A. Marron*
                             Ronald A. Marron

                             **LAW OFFICES OF RONALD A. MARRON**
                             RONALD A. MARRON
                             *ron@consumersadvocates.com*
                             KAS L. GALLUCCI
                             *kas@consumersadvocates.com*
                             MICHAEL T. HOUCHIN
                             *mike@consumersadvocates.com*
                             ELISA PINEDA
                             *elisa@consumersadvocates.com*
                             651 Arroyo Drive
                             San Diego, California 92103
                             Telephone: (619) 696-9006
                             Facsimile: (619) 564-6665
                             ***Attorneys for Plaintiff and the Proposed Class***

DATED: July 2, 2021          /s/ Anthony Marcus
                             Anthony Marcus Law Firm
                             406 Orchid Avenue #831
                             Corona Del Mar, California 92625
                             ***Attorney for Defendant***